UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: **CLAYTON HARTWELL ROBERTSON**         Case No.   **09-36902-KRH**
                Debtor(s)                                                Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250.00**.**

1. The Attorney has provided services to the Debtor(s) in connection with the defense of a motion for relief from the automatic stay filed with this Court on **07/23/2010**. The motion for relief was settled without a hearing and the Court entered an amended order in this matter on **10/05/10**.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard Oulton
Richard Oulton (VSB#29640)
Attorney for Debtor
111 Highland Ave.
Colonial Heights, VA 23058
Tel: (804)520-2428

Certificate of Service

I certify that on **10/18/2010**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

/s/ Richard Oulton
Richard Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: **CLAYTON HARTWELL ROBERTSON**          Case No.   **09-36902-KRH**
Debtor(s)                                                                              Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $250.00 for defense of a motion for relief from the automatic stay. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **11/01/2010** you or your attorney must:

File a written objection and a copy with the Court at:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

Address of attorney for the Debtor(s):          Richard Oulton
                                                                        111 Highland Ave.
                                                                        Colonial Heights, VA 23058
                                                                        Tel: (804)520-2428

Address of Chapter 13 Trustee:
              Robert E. Hyman, P.O. Box 1780, Richmond, VA 23219-1780

Attend a hearing which will be scheduled at a later date. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

**10/18/2010**                                                                  /s/ Richard Oulton
                                                                                         Richard Oulton (VSB#29640)
                                                                                         Attorney for Debtor
                                                                                         111 Highland Ave.
                                                                                         Colonial Heights, VA 23058
                                                                                         Tel: (804)520-2428

PROOF OF SERVICE

The undersigned hereby certifies that on **10/18/2010,** the foregoing Notice was served electronically and/or by first class mail, postage prepaid, to the parties on the attached matrix.

/s/ Richard Oulton

**Service Matrix:**

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780

**CLAYTON HARTWELL ROBERTSON**
Debtor
**1000 COLLINGWOOD DRIVE**
**HOPEWELL, VA 23860**

**NAME AND ADDRESSES OF CREDITORS**

| | |
|---|---|
| **CitiFinancial, Inc**<br>P.O. Box 140489<br>Irving, TX 75014-0489 | (9329182)<br>(cr) |
| **American General Finan**<br>Po Box 267<br>Hopewell, VA 23860-0000 | (9261676)<br>(cr) |
| **American General Finance**<br>629 Southpark Blvd<br>Colonial Heights, VA 23834-3617 | (9323398)<br>(cr) |
| **Barclays Bank Delaware**<br>Attn: Customer Support Dept<br>Po Box 8833<br>Wilmington, DE 19899-0000 | (9261677)<br>(cr) |
| **CANDICA L.L.C.**<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | (9463028)<br>(cr) |

**Capital 1 Bank**  
Attn: C/O TSYS Debt Management  
Po Box 5155  
Norcross, GA 30091-0000  
(9261678)  
(cr)

**Chrysler Financial**  
Po Box 8065  
Royal Oak, MI 48068-0000  
(9261679)  
(cr)

**Chrysler Financial Services Americas, LLC**  
Trustee Lockbox  
P.O. Box 9001897  
Louisville, KY 40290-1897  
(9300783)  
(cr)

**Chrysler Financial Services Americas, LLC**  
C/O Hale, Dewey, & Knight, PLLC  
88 Union Avenue Suite 700  
Memphis, TN 38103  
(9298836)  
(cr)

**Chrysler Financial Services Americas, LLC**  
Aaron J. Nash, Esq.  
88 Union Avenue, Ste. 700  
Memphis, TN 38103  
(9298818)  
(cr)

**Citi Auto**  
7825 Washington Ave S  
Edina, MN 55439-0000  
(9261680)  
(cr)

**Citifinancial**  
Po Box 499  
Hanover, MD 21076-0000  
(9261681)  
(cr)

**CITIFINANCIAL AUTO CORPORATION**  
P.O. BOX 182287  
COLUMBUS OH-43218-2287  
(9276023)  
(cr)

**CitiFinancial Auto Corporation**  
PO Box 9578  
Coppell, TX 75019-9578  
(9272924)  
(cr)

**CITIFINANCIAL AUTO CORPORATION**  
P.O. BOX 182287  
COLUMBUS OH-43218-2287  
(9276027)  
(cr)

**DISCOVER BANK**  
DFS Services LLC  
PO Box 3025  
New Albany, Ohio 43054-3025  
(9269579)  
(cr)

**Discover Fin Svcs Llc**
Po Box 15316
Wilmington, DE 19850-0000

(9261682)
(cr)

**HFC**
PO Box 17574
Baltimore, MD 21297-0000

(9261683)
(cr)

**Household Finance Corporation II**
By PRA Receivables Management, LLC
PO Box 12907
Norfolk VA 23541

(9427174)
(cr)

**HSBC Retail Services**
Hsbc RS Attn: Bankruptcy
Po Box 15522
Wilmington, DE 19850-0000

(9261684)
(cr)

**Internal Revenue Service**
P. O. Box 21126
Philadelphia, PA 19114

(9261685)
(cr)

**IRS**
PO Box 249
Memphis, TN 38101-0249

(9325366)
(cr)

**Juniper**
PO Box 13337
Philadelphia, PA 19101-3337

(9261686)
(cr)

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk VA 23541

(9615627)
(cr)

**State Farm**
PO Box 588002
North Metro, GA 30029-0000

(9261687)
(cr)

**The Oulton Law Firm, PLLC**
2807 N Parham Rd Suite 107
Richmond, VA 23294

(9390344)
(cr)

**Treasurer of Prince George Co**
PO Box 156
Prince George, VA 23875-0000

(9261688)
(cr)

**VA Department of Taxation**
ATTN Bankruptcy
3600 W Broad St
Richmond, VA 23230-0000

(9261689)
(cr)

**VA Dept of Taxation**  
P.O. Box 2156  
Richmond, VA 23218

(9607005)  
(cr)

**Wells Fargo Bank N.A.**  
4137 121st Street  
Urbandale, IA 50323

(9287422)  
(cr)

**Wells Fargo Financial System Virginia Inc**  
4137 121st Street  
Urbandale IA 50323

(9402110)  
(cr)

**Wf Fin Bank**  
Wells Fargo Financial  
4137 121st St  
Urbendale, IA 50323-0000

(9261690)  
(cr)

**Wffinancial**  
9710 Midlothian Tpke  
Richmond, VA 23235-0000

(9261691)  
(cr)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CLAYTON HARTWELL ROBERTSON      Case No.   09-36902-KRH
       Debtor(s)                                                                     Chapter 13

**PROPOSED ORDER APPROVING ATTORNEY COMPENSATION**

      The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $250.00 in defense of a motion for relief from the automatic stay. There being no objection filed to the application for compensation in this matter to date in the amount of $250.00 and that the Chapter 13 trustee, **Robert E. Hyman,** is authorized to pay an additional $250.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                                                UNITED STATES BANKRUPTCY COURT

                                                By_____
                                                                   Judge

Notice of Order Entered on Docket
_____

I ask for this:
/s/ Richard J. Oulton
Richard J. Oulton, VSB# 29640, Counsel for Debtor
111 Highland Ave.
Colonial Heights, VA 23058
Tel: (804)520-2428


Seen and agreed

_____
**NAME AND ADDRESS OF TRUSTEES CHOOSE ONE:**
Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780

                                                Certification

     I hereby certify that this Order has been endorsed by all necessary parties to this matter.

                                                /s/ Richard J. Oulton
                                                   Richard J. Oulton

Please send a copy of this Order to:

**NAME AND ADDRESS OF TRUSTEES**

Robert E. Hyman
P.O. Box 1780
Richmond, VA 23219-1780

**CLAYTON HARTWELL ROBERTSON**
Debtor
**1000 COLLINGWOOD DRIVE
HOPEWELL, VA 23860**